# UNITED STATES DISTRICT COURT
for the

Western District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Mark C. Canady AKA: Marcus Canady | ) Case No: 6:02-CR-06087-001 |
|  | ) USM No: 06208-055 |
| Date of Previous Judgment: February 28, 2003 | ) Mark D. Hosken, AFPD |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __82__ months **is reduced to** __71 Months__.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __23__   Amended Offense Level: __21__
Criminal History Category: __IV__   Criminal History Category: __IV__
Previous Guideline Range: __70__ to __87__ months   Amended Guideline Range: __60__ to __71__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __02/28/2003__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: _March 26, 2008_

Judge's signature

Effective Date: _____
(if different from order date)

David G. Larimer, United States District Judge
Printed name and title